## UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Jonathan Tyes )<br>    *Plaintiff* )<br>        )<br>v.                      )<br>        )<br>Equifax Information Services, LLC  )<br>    *Defendant* )<br>        ) | Case No. 3:23-cv-00175-DJH-RSE |

### NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Jonathan Tyes, has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, Plaintiff will file a notice of voluntary dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*
*Jonathan Tyes*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Jonathan Tyes*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 13th day of September, 2023, which will send a Notice of Electronic Filing to all counsel of record.

                                      /s/ James H. Lawson
                                      James H. Lawson
                                      *Counsel for Plaintiff*
                                      *Jonathan Tyes*